UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Corey Thomas,

                Plaintiff(s),

v.                                            Case No. 2:18–cv–13033–MAG–RSW
                                                          Hon. Mark A. Goldsmith

Great Lakes Water Authority,

                Defendant(s),
_____

**NOTICE OF TELEPHONIC CONFERENCE**

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  October 1, 2020 at 04:00 PM

    The conference shall be initiated by counsel using the provided call in information.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:**   The parties shall call into (877) 336–1274 and use access code: 9602327

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                            By: <u>s/K Sandusky</u>
                                                                               Case Manager

Dated:   September 22, 2020